UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| INN FOODS, INC., <br><br> **Plaintiff,** <br><br> vs. <br><br> TANNER ENTERPRISES, INC., and MARTHA M. TANNER, <br><br> **Defendants.** | Case No.: 2:11-cv-231 |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Inn Foods, Inc., (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

//

//

//

//

//

Respectfully submitted on Tuesday, March 15, 2011.

**CONNICK & ASSOCIATES CO., L.P.A.**

/s/ Michael J. Connick
Michael J. Connick
Ohio Bar No. 0046624
NorthPoint Tower, Suite 1720
1001 Lakeside Avenue
Cleveland, Ohio  44114
Telephone: (216) 367-1150
Facsimile: (216) 367-1154
mconnick@sbcglobal.net

Attorneys for Plaintiff