# AFFIDAVIT OF PROCESS SERVER

**(NAME OF COURT)** United States District Court, Southern District of Ohio, Columbus Division

**CASE #** 2:11-CV-00231-JLG-MRA

**PLAINTIFF/** Inn Foods, Inc.

VS.

**DEFENDANT/** Tanner Enterprises, Inc. and Martha M. Tanner

I, Rev. Tony Hodge, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Martha M. Tanner and Tanner Enterprises
NAME OF PERSON/ENTITY BEING SERVED

**With (list documents)** Final Judgement and Permanent Injuction

**By leaving with** _____ NAME _____ RELATIONSHIP

[ ] Residence _____ ADDRESS _____ CITY/STATE

[X] Business 5811 Satinwood Drive, Columbus, Ohio, 43229
ADDRESS / CITY/STATE

On March 29, 2011 At 1:10p.m.
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

From _____ CITY _____ STATE _____ ZIP

Active Military [ ] YES [✓] NO

**Manner of Service:**
[X] Personal: By personally delivering copies to the person being served.
[ ] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
[ ] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address [ ] Moved, Left no Forwarding [ ] Service Cancelled by Litigant [ ] Unable the Serve in timely fashion [ ] Address does not exist [ ] Other _____

**Service Attempts:** Service was attempted on: (1) ___ DATE ___ TIME (2) ___ DATE ___ TIME
(3) ___ DATE ___ TIME (4) ___ DATE ___ TIME (5) ___ DATE ___ TIME

**Description:** Age 50 Sex F Race W Height 5' Weight 180 Hair gray Beard no Glasses yes

Signature of Process Server: Rev Tony Hodge

SUBSCRIBED AND SWORN to before me this _____ day of _____, 20 11

Signature of Notary Public

NANCY A. SHUSTER
Notary Public, State of Ohio
My Commission Expires June 10, 20__

C.O.P.S., Div. of Dr. A. Rutledge Legal Services
1695 Franklin Ave
Columbus, Ohio

Cleveland: (216) 906-9444
Columbus: (614) 231-5595
Fax: (614) 258-8903
Toll Free: (877) LAW-TONY